■ Robert B. Shaad, Respondent, v. Hutchinson's Boat Works, Inc., Appellant.— Order unanimously modified by striking the words " on the merits " and as so modified, affirmed, without costs. Memorandum: In this action by an attorney to recover for legal services, a question is raised as to when the cause of action accrued. The complaint, the schedule annexed to the complaint, and the affidavit in opposition to the motion to dismiss set forth different dates. An issue of fact is present which should be resolved at trial. (*Golia* v. *Health Ins. Plan of Greater N. Y.*, 6 A D 2d 884, affd. 7 N Y 2d 931; *30–12 Lewmay Corp.* v. *Public Mut. Ins. Co.*, 28 A D 2d 837; *Liberman* v. *Zeigen*, 258 App. Div. 893.) (Appeal from order of Jefferson Special Term denying motion to dismiss complaint in action for payment of legal fees.) Present — Goldman, P. J., Del Vecchio, Witmer, Moule and Henry, JJ.

■ Nicholas Stracick, Appellant, v. City of Buffalo et al., Respondents.— Order unanimously affirmed, without costs, upon the opinion at Special Term. (Appeal from order of Erie Special Term dismissing complaint in action for breach of contract.) Present — Goldman, P. J., Del Vecchio, Witmer, Moule and Henry, JJ.

■ In the Matter of Edwin T. Jagiello, Petitioner, v. Francis R. Moran, as Justice of the Supreme Court of the State of New York, et al., Respondents.— Petition unanimously dismissed, without costs. Memorandum: An application under article 78 of the CPLR may not be made to the Appellate Division as a substitute for an appeal from an order or judgment at Special Term. In this article 78 proceeding addressed directly to this court it appears that the written order made by Supreme Court on October 21, 1964 with respect to the custody and support of the two children of the petitioner herein was reversed on his appeal (24 A D 2d 544) and the alleged oral order made from the bench by the Justice Presiding at that hearing was not reduced to writing and entered. Such a direction has no validity and no appeal lies therefrom; nor will it support the present application. (Application in the nature of mandamus to reverse order of Oneida Special Term dismissing petition.) Present — Goldman, P. J., Del Vecchio, Witner, Moule and Henry, JJ.